# AFFIDAVIT OF RODNEY J. RUSSELL

# SPECIAL AGENT

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Rodney J. Russell, being duly sworn, depose and state that:

## I. EXPERIENCE OF AFFIANT

I am a Special Agent (SA) of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed for approximately 30 years. I have received substantial training and experience that pertains to the Federal laws regarding crimes of violence, drug trafficking and firearms.

I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. As a result of my training and experience as an ATF Special Agent, I am familiar with the federal firearms laws. Through my experience, I have also investigated numerous cases involving 18 USC section 922(g)(1), Felon in Possession of a Firearm, 18 USC § 924(c), Using or Carrying a Firearm in Relation to a Crime Involving Drug Trafficking or Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and 21 USC §§ 841 et seq., Controlled Substance violations.

## II. PURPOSE OF AFFIDAVIT

Based on the facts set forth in this affidavit, there is probable cause to believe that Clint REGISTE AKA "Chief" has committed violations involving the possession of a firearm(s) and ammunition, having previously been convicted of a felony, in violation of 18 USC Section 922(g)(1).

## III. PROBABLE CAUSE

1. On November 1, 2018, ATF Special Agent Tom King reviewed Anchorage Police Department (APD) Report #18-29216. The report documents an investigation into the homicide of Brittney Sparks.

2. On July 20, 2018, APD responded to an apartment in Anchorage later identified as the residence of Clint REGISTE. A Witness on scene indicated that after a gun shot went off, he walked outside his apartment and made contact with REGISTE, who admitted to shooting Ms. Sparks, but REGISTE claimed it was an accident.

3. APD obtained a search warrant for the residence, 624 N. Hoyt Street, #4. They seized indicia indicating REGISTE lived there. They also interviewed multiple people that confirmed REGISTE lived there. During the execution of the search warrant the police seized three firearms from REGISTE's apartment: an EA, 9mm semi-automatic 9mm pistol found in a hamper, an FNH, 5.7mm semi-automatic pistol found in a cupboard, a Glock, 10mm semi-automatic pistol found in the kitchen, and a Norinco, Model Mak-90, 7X62.39mm semi-automatic assault rifle (the weapon investigation indicated was the homicide weapon).

4. APD Investigators eventually interviewed several people that stated they later had conversations with REGISTE after the murder, where he admitted he had shot Ms. Sparks but maintained it was an accident.

5. On September 11, 2018, REGISTE was taken into custody. After being advised of his rights REGISTE agreed to speak with Detectives. REGISTE admitted that he had been in possession of the Mak-90 rifle, and while handling it, it had gone off, striking and killing Ms. Sparks.

6. I have reviewed APSIN records with indicate REGISTE was convicted of the felony offenses of Assault 2, Case No. 3AN-05-10393, dated 11/18/2005, and MIW/Felon in Possession of a Firearm, Case No. 3AN-03-5258, dated 01/15/05.

7. On November 2, 2018, I received information from ATF Special Agent/Interstate Nexus Expert Sarah Foreman, who confirmed the aforementioned firearms were manufactured outside the state of Alaska and thereby have affected Interstate Commerce.

Rodney J. Russell
**Senior Special Agent**
**BUREAU OF ALCOHOL, TOBACCO FIREARMS AND EXPLOSIVES**

SUBSCRIBED AND SWORN TO before me this Second day of November 2018, at Anchorage, Alaska.

Matthew McCrary Scoble
**United States Magistrate Judge**